JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSE ADRIAN DADO URIAS,

Petitioner,

v.

WARDEN-FACILITY ADMINISTRATOR, *et al.*,

Respondents.

Case No. 5:26-cv-01972-JWH-DFM

**JUDGMENT**

Pursuant to the Order Accepting the Report and Recommendation of the United States Magistrate Judge entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      The Petition for Writ of Habeas Corpus is **GRANTED in part**.

2.      Respondents are **DIRECTED** to provide Petitioner Jose Adrian Dado Urias with an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) no later than May 27, 2026.

3.      Respondents are **DIRECTED** to release Urias from custody if the individualized bond hearing is not timely provided.

4.      The parties are **DIRECTED** to file no later than June 1, 2026, a Joint Status Report detailing if and when the hearing occurred, whether bond was granted or denied, and, if denied, the specific reasons for the denial.

**IT IS SO ORDERED.**

Dated:___May 20, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-